JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
411 W. Fourth Street, Suite 8000
Santa Ana, CA 92701
Telephone: (714) 338-3532
Facsimile: (714) 338-3523
Email: Marcus.Kerner@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

TERRY HARRED,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No. CV10-40 (AN)

**[PROPOSED] JUDGMENT OF REMAND**

The Court having approved the parties' Stipulation for Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated: June 24, 2010

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE